**CERTIFICATE OF SERVICE RE:**

**Summons and Notice of Status Conference in Adversary Proceeding (LBR 7004-1) and Adversary Proceeding Status Conference Procedures**

I certify that I served a copy of the "Summons and Notice of Status Conference in Adversary Proceeding (LBR 7004-1) and Adversary Proceeding Status Conference Procedures" on the parties listed below on the date specified below by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Michael Bragar
c/o Richard Sherman
Sherman Law Group, APC
9454 Wilshire Blvd Ste 850
Beverly Hills, CA 90212

☐  Service information continued on attached page

DATE: July 24, 2025                    By: _____/s/ Brad Handy_____
                                                        Deputy Clerk